# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALLEN POLK**                                                                    **PLAINTIFF**

v.                     No. 4:22-cv-992-DPM-BBM

**TAMMY LANGLEY, LPN, Turnkey
(PCDF); BRIANNA MOORE,
Registered Nurse, Turnkey (PCDF);
and CIGI SCOTT, Sergeant, Pulaski
County Detention Facility**                         **DEFENDANTS**

## ORDER

Polk's embedded motion to voluntarily dismiss Langley and Moore as defendants, *Doc. 36 at 4–5*, is granted. His claims against Langley and Moore are dismissed without prejudice. Fed. R. Civ. P. 41(a)(2). Counsel for Langley and Moore must file their current contact information (address, telephone numbers, email) under seal by 1 March 2024.

So Ordered.

                                                                   */s/ W.P. Marshall Jr.*
                                                                   D.P. Marshall Jr.
                                                                   United States District Judge

                                                                   21 February 2024