IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALLEN POLK                                                            PLAINTIFF

v.                                   No. 4:22-cv-992-DPM

CIGI SCOTT, Sergeant, Pulaski
County Detention Facility                                   DEFENDANTS

## ORDER

1.      The Court withdraws the reference.

2.      Polk hasn't paid the filing and administrative fees or filed a completed free-world application to proceed *in forma pauperis*; and his time to do so has passed.  *Doc. 55 & 59*.  Polk's complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  Scott's motion for summary judgment, *Doc. 42,* and Polk's motion to strike the motion for summary judgment, *Doc. 50*, are denied without prejudice as moot.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

17 December 2024