# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ALLEN POLK                                                                    PLAINTIFF

v.                              No. 4:22-cv-992-DPM

TAMMY LANGLEY, LPN, Turnkey
(PCDF); BRIANNA MOORE,
Registered Nurse, Turnkey (PCDF);
and CIGI SCOTT, Sergeant, Pulaski
County Detention Facility                                                    DEFENDANTS

## JUDGMENT

Polk's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2024